JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-2645-VBF(PJWx)**                    Dated: **March 5, 2012**

Title:     Michael Fairservice -v- Wilshire Bancorp, Inc., et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

  Joseph Remigio                              None Present
  Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**           **COURT ORDER DISMISSING ACTION**


On February 8, 2012, the Court granted the motion to dismiss of Defendants Wilshire Bancorp Inc., Joanne Kim, and Alex Ko, with 21 days leave to amend. (Docket No. 60). More than 21 days have passed and no amended complaint has been filed. Accordingly, this action is **DISMISSED** without leave to amend.

**IT IS SO ORDERED.**