1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA

14
15
16

MICHAEL FAIRSERVICE,
Individually and on Behalf of
All Others Similarly Situated,

17

Plaintiff,

18

v.

19
20

WILSHIRE BANCORP, INC.,
JOANNE KIM, AND ALEX KO,

21
22

Defendants.

23

Assigned to: Valerie Baker Fairbank
Case No. CV11-2645 VBF (PJW)

CLASS ACTION

**FINAL JUDGMENT**

24
25    ////
26    ///
27    ///
28

This action was brought by plaintiff Michael Fairservice ("Plaintiff") against defendants Wilshire Bancorp, Inc., Joanne Kim, and Alex Ko ("Defendants"). The operative pleading is Plaintiff's Second Amended Complaint, filed on August 30, 2011.

**IT IS NOW ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.      Judgment is hereby entered in favor of Defendants and against Plaintiff on all of the claims in Plaintiff's Second Amended Complaint for the reasons set forth in the Court's (1) February 8, 2012 Order Granting Defendants' Motions To Dismiss (Docket Nos. 35, 38); Denying Motion To Strike As Moot (Docket No. 33); and (2) March 5, 2012 Order Dismissing Action.  Plaintiff shall take nothing and the action is dismissed on the merits.

**THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.**

Dated:  6/22/12

_Valerie Baker Fairbank_
_____
Honorable Valerie Baker Fairbank
United States District Judge